1  David R. Ongaro (State Bar No. 154698)
   dongaro@ongaropc.com
2  Glen Turner (State Bar No. 212417)
   gturner@ongaropc.com
3  ONGARO PC
   50 California Street, Suite 3325
4  San Francisco, CA  94111
   Telephone:    (415) 433-3900
5  Facsimile:    (415) 433-3950

6  Attorneys for Plaintiff WAYNE RUDEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE RUDEN,<br><br>           Plaintiff,<br><br>    vs.<br><br>C.R. BARD, INC., a New Jersey corporation, BARD PERIPHERAL VASCULAR, INC., (a subsidiary and/or division of defendant C.R. BARD, INC.) an Arizona corporation, CALIFORNIA PACIFIC MEDICAL CENTER, and DOES 1-100 INCLUSIVE,<br><br>           Defendants. | Case No. 4:15-cv-05189-JSW<br><br>[~~PROPOSED~~] ORDER GRANTING AS MODIFIED PLAINTIFF WAYNE RUDEN'S MOTION TO ADVANCE HEARING DATE ON MOTION TO REMAND TO BE HEARD WITH PENDING MOTIONS<br><br>Complaint Filed:  October 7, 2015 |

The motion of plaintiff WAYNE RUDEN to advance the hearing date on his motion to remand this matter to the San Francisco Superior Court was presented to this Court and the Court, after consideration of all papers, and, pursuant to Local Rule 6-3, issues the following order without requiring further briefing or a hearing:

Plaintiff's Motion to Remand is hereby set for hearing on January ~~8,~~ 22, 2016, at 9 a.m.

Any Oppositions are to be filed by December 21, 2015.

///

---

1
[~~PROPOSED~~] ORDER GRANTING PLAINTIFF WAYNE RUDEN'S MOTION TO CHANGE
HEARING DATE ON MOTION TO REMAND

1 | Any Replies are to be filed by December 28, 2015.

2 | All motions currently set on January 9, 2016 for hearing shall be CONTINUED to January 22, 2016 to be heard together.

**IT IS SO ORDERED**

Dated: December 10, 2015      By: /s/ Jeffrey S. White
Honorable Jeffrey S. White
UNITED STATES DISTRICT JUDGE

2
**[PROPOSED] ORDER GRANTING PLAINTIFF WAYNE RUDEN'S MOTION TO CHANGE HEARING DATE ON MOTION TO REMAND**